Gary E. Klausner (SBN 69077)
LEVENE, NEALE, BENDER, YOO & BRILL LLP
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
310.229.1234 (T)
310.229.1244 (F)
Email: GEK@lnbyb.com

Eric D. Madden (*pro hac vice*)
REID COLLINS & TSAI LLP
Thanksgiving Tower
1601 Elm Street, 42nd Floor
Dallas, Texas 75201
214.420.8900 (T)
214.420.8909 (F)
Email: emadden@rctlegal.com

Angela J. Somers (*pro hac vice*)
REID COLLINS & TSAI LLP
One Penn Plaza, 49th Floor
New York, New York 10119
212.344.5200 (T)
212.344.5299 (F)
Email: asomers@rctlegal.com

*Counsel for Solution Trust, as Trustee of the AWTR Liquidation Trust*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No. 2:13-bk-13775-NB |
| AWTR LIQUIDATION INC., f/k/a RHYTHM AND HUES, INC., | Chapter 11 |
| Debtor. | |
| SOLUTION TRUST, as Trustee of the AWTR LIQUIDATION TRUST, | Adv. No. 2:15-ap-01095-NB |
| Plaintiff, | |
| v. | |
| JOHN PATRICK HUGHES, PAULINE TS'O, KEITH GOLDFARB, LEE BERGER, PRASHANT BUYYALA, RAYMOND FEENEY, DAVID WEINBERG, CCC DIAGNOSTICS LLC, RHYTHM & HUES SDN. BHD, and 2100 GRAND LLC, | **STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING PURSUANT TO BANKRUPTCY RULE 7041 AND RULE 41(a)(1)(a)(ii)** |
| Defendants. | |

1

**STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING PURSUANT TO BANKRUPTCY RULE 7041 AND RULE 41(a)(1)(a)(ii)**

*WHEREAS*, a First Amended Complaint was filed by plaintiff in the above-captioned action on April 12, 2016; and

*WHEREAS*, Answers to the First Amended Complaint were filed by defendants in the above-captioned action on May 22 through 24, 2016; and

*WHEREAS*, the disputes in the above-captioned action were settled pursuant to a Settlement and Release Agreement (the "Settlement"), which Settlement was approved by this Court by order dated March 23, 2017;

*NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED*, by and between the undersigned attorneys of record for the respective parties hereto, as follows:

1. In accordance with the Settlement, the above-captioned action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), as made applicable by Federal Rule of Bankruptcy Procedure 7041.

2. This Stipulation may be executed by counterpart originals, electronic copies or facsimiles, and each such counterpart shall be deemed an original instrument, but all such counterparts together shall constitute one agreement.

STIPULATED AND AGREED:

| | |
|---|---|
| /s/ Eric D. Madden | /s/ Todd M. Arnold |
| Eric D. Madden, Esq. | Todd M. Arnold (SBN 221868) |
| REID COLLINS & TSAI LLP | Gary E. Klausner (SBN 69077) |
| Thanksgiving Tower | LEVENE, NEALE, BENDER, |
| 1601 Elm Street, 42nd Floor | YOO & BRILL LLP |
| Dallas, TX 75201 | 10250 Constellation Boulevard |
| | Suite 1700 |
| | Los Angeles, CA 90067 |
| *Attorneys for Solution Trust, as Trustee of the AWTR Liquidation Trust* | *Attorneys for Solution Trust, as Trustee of the AWTR Liquidation Trust* |
| Dated: May 17, 2017 | Dated: May 17, 2017 |

| | |
|---|---|
| *[signature]* | |
| Scott J. Spolin, Esq. | Ben D. Whitwell, Esq. |
| Brian E. Shear, Esq. | VENABLE LLP |
| SPOLIN COHEN MAINZER LLP | 2049 Century Park East, Suite 2100 |
| 1230 Rosecrans Ave., Suite 600 | Los Angeles, CA 90067 |
| Manhattan Beach, CA 90266 | |
| *Attorneys for Defendants John Hughes, Pauline Ts'o, CCC Diagnostics LLC, 2100 Grand, LLC and Rhythm & Hues Sdn. Bhd.* | *Attorneys for Defendant David Weinberg* |
| Dated: May 18, 2017 | Dated: May ___, 2017 |
| *[signature]* | |
| James Hinds, Jr., Esq. | John B. Marcin, Esq. |
| Paul Shankman, Esq. | MARCIN LAMBIRTH, LLP |
| HINDS & SHANKMAN LLP | 5567 Reseda Blvd., Suite 320 |
| 21257 Hawthorne Blvd., 2nd Floor | Los Angeles, CA 91356 |
| Torrance, CA 90503 | |
| *Attorneys for Defendant Keith Goldfarb* | *Attorneys for Defendant Lee Berger* |
| Dated: May 17, 2017 | Dated: May ___, 2017 |
| Joseph Ybarra, Esq. | Michael K Maher, Esq. |
| HUANG YBARRA SINGER & MAY LLP | MAHER & MAHER |
| 550 South Hope Street, Suite 1850 | 6521 E Waterton Ave |
| Los Angeles, CA 90071 | Orange, CA 92867 |
| *Attorneys for Defendant Raymond Feeney* | *Attorneys for Defendant Prashant Buyyala* |
| Dated: May ___, 2017 | Dated: May ___, 2017 |

| | |
|---|---|
| Scott J. Spolin, Esq.<br>Brian E. Shear, Esq.<br>SPOLIN COHEN MAINZER LLP<br>1230 Rosecrans Ave., Suite 600<br>Manhattan Beach, CA 90266<br><br>*Attorneys for Defendants John Hughes,*<br>*Pauline Ts'o, CCC Diagnostics LLC,*<br>*2100 Grand, LLC and*<br>*Rhythm & Hues Sdn. Bhd.*<br><br>Dated: May ____, 2017 | Ben D. Whitwell, Esq.<br>VENABLE LLP<br>2049 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br><br>*Attorneys for Defendant David Weinberg*<br><br><br><br><br>Dated: May ____, 2017 |
| *(signed)*<br>James Hinds, Jr., Esq.<br>Paul Shankman, Esq.<br>HINDS & SHANKMAN LLP<br>21257 Hawthorne Blvd., 2nd Floor<br>Torrance, CA 90503<br><br>*Attorneys for Defendant Keith Goldfarb*<br><br>Dated: May 17, 2017 | *(signed)*<br>John B. Marcin, Esq.<br>MARCIN ▓▓▓▓ LLP<br>5567 Reseda Blvd., Suite 320<br>Los Angeles, CA 91356<br><br>*Attorneys for Defendant Lee Berger*<br><br>Dated: May 17, 2017 |
| Joseph Ybarra, Esq.<br>HUANG YBARRA SINGER & MAY LLP<br>550 South Hope Street, Suite 1850<br>Los Angeles, CA 90071<br><br>*Attorneys for Defendant Raymond Feeney*<br><br>Dated: May ____, 2017 | Michael K Maher, Esq.<br>MAHER & MAHER<br>6521 E Waterton Ave<br>Orange, CA 92867<br><br>*Attorneys for Defendant Prashant Buyyala*<br><br>Dated: May ____, 2017 |

1
2
3   Scott J. Spolin, Esq.                                    Ben D. Whitwell, Esq.
    Brian E. Shear, Esq.                                     VENABLE LLP
4   SPOLIN COHEN MAINZER LLP                                 2049 Century Park East, Suite 2100
    1230 Rosecrans Ave., Suite 600                           Los Angeles, CA  90067
5   Manhattan Beach, CA  90266
6
    *Attorneys for Defendants John Hughes,*                  *Attorneys for Defendant David Weinberg*
7   *Pauline Ts'o, CCC Diagnostics LLC,*
    *2100 Grand, LLC and*
8   *Rhythm & Hues Sdn. Bhd.*
9   Dated:  May ____, 2017                                   Dated:  May ____, 2017
10
11
12
13  James Hinds, Jr., Esq.                                   John B. Marcin, Esq.
    Paul Shankman, Esq.                                      MARCIN LAMBIRTH, LLP
14  HINDS & SHANKMAN LLP                                     5567 Reseda Blvd., Suite 320
    21257 Hawthorne Blvd., 2nd Floor                         Los Angeles, CA  91356
15  Torrance, CA  90503
16
    *Attorneys for Defendant Keith Goldfarb*                 *Attorneys for Defendant Lee Berger*
17
    Dated:  May ____, 2017                                   Dated:  May ____, 2017
18
19
                                                             /s/ [signature]
20
21  Joseph Ybarra, Esq.                                      Michael K Maher, Esq.
    HUANG YBARRA SINGER & MAY LLP                            MAHER & MAHER
22  550 South Hope Street, Suite 1850                        6521 E Waterton Ave
    Los Angeles, CA  90071                                   Orange, CA  92867
23
24  *Attorneys for Defendant Raymond Feeney*                 *Attorneys for Defendant Prashant Buyyala*
25  Dated:  May ____, 2017                                   Dated:  May 17, 2017
26
27
28

3

| | |
|---|---|
| 1 | |
| 2 | _____ For |
| 3 | _____   _____ |
| | Scott J. Spolin, Esq.   Ben D. Whitwell, Esq. |
| | Brian E. Shear, Esq.   VENABLE LLP |
| 4 | SPOLIN COHEN MAINZER LLP   2049 Century Park East, Suite 2100 |
| 5 | 1230 Rosecrans Ave., Suite 600   Los Angeles, CA 90067 |
| | Manhattan Beach, CA 90266 |
| 6 | |
| 7 | *Attorneys for Defendants John Hughes,*   *Attorneys for Defendant David Weinberg* |
| | *Pauline Ts'o, CCC Diagnostics LLC,* |
| | *2100 Grand, LLC and* |
| 8 | *Rhythm & Hues Sdn. Bhd.* |
| 9 | Dated: May ____, 2017   Dated: May 18, 2017 |

(signature blocks continue)

Scott J. Spolin, Esq.
Brian E. Shear, Esq.
SPOLIN COHEN MAINZER LLP
1230 Rosecrans Ave., Suite 600
Manhattan Beach, CA 90266

*Attorneys for Defendants John Hughes, Pauline Ts'o, CCC Diagnostics LLC, 2100 Grand, LLC and Rhythm & Hues Sdn. Bhd.*

Dated: May ____, 2017

Ben D. Whitwell, Esq.
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, CA 90067

*Attorneys for Defendant David Weinberg*

Dated: May 18, 2017

---

James Hinds, Jr., Esq.
Paul Shankman, Esq.
HINDS & SHANKMAN LLP
21257 Hawthorne Blvd., 2nd Floor
Torrance, CA 90503

*Attorneys for Defendant Keith Goldfarb*

Dated: May ____, 2017

John B. Marcin, Esq.
MARCIN LAMBIRTH, LLP
5567 Reseda Blvd., Suite 320
Los Angeles, CA 91356

*Attorneys for Defendant Lee Berger*

Dated: May ____, 2017

---

Joseph Ybarra, Esq.
HUANG YBARRA SINGER & MAY LLP
550 South Hope Street, Suite 1850
Los Angeles, CA 90071

*Attorneys for Defendant Raymond Feeney*

Dated: May 17, 2017

Michael K Maher, Esq.
MAHER & MAHER
6521 E Waterton Ave
Orange, CA 92867

*Attorneys for Defendant Prashant Buyyala*

Dated: May ____, 2017

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING PURSUANT TO BANKRUPTCY RULE 7041 AND RULE 41(a)(1)(a)(ii)** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 18, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Todd M Arnold    tma@lnbyb.com
- Joshua T Foust    jfoust@crowell.com
- James Andrew Hinds    jhinds@jhindslaw.com, zbilowit@jhindslaw.com
- Gary E Klausner    gek@lnbyb.com
- John B Marcin    jbm@marcin.com, kej@marcin.com
- Abigail V O'Brient    avobrient@mintz.com, docketing@mintz.com;CJGreen@mintz.com;DEHashimoto@mintz.com
- Keith C Owens    kowens@venable.com, bclark@venable.com;khoang@venable.com;DGIge@venable.com
- Paul R Shankman    pshankman@jhindslaw.com
- Brian E Shear    shear@sposilco.com, croot@sposilco.com
- Angela J Somers    asomers@rctlegal.com, lbroussard@rctlegal.com;abahr@rctlegal.com
- Scott J Spolin    spolin@sposilco.com, meglic@sposilco.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Brian Barouir Yeretzian    byeretzian@jhindslaw.com, yeretzian@gmail.com

**2. SERVED BY UNITED STATES MAIL**: On **May 18, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 18, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Served via Attorney Service**
The Honorable Neil W. Bason
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1552
Los Angeles, CA 90012

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **May 18, 2017** | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**